UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANDEEP SINGH PESSI,

        Plaintiff(s),

   v.

ERIC HOLDER,

        Defendant(s).
_____/

No. C-12-00128 DMR

**ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

The court is in receipt of Plaintiff's request to continue the Initial Case Management Conference. Plaintiff's request is granted. The Initial Case Management Conference previously scheduled for April 25, 2012 has been CONTINUED to **May 23, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **May 16, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. [*See* Docket No. 2.] Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: March 8, 2012



_____
DONNA M. RYU
United States Magistrate Judge